USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-10-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL WELLNER,

                Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

                Defendants.

16-cv-7032 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties should report to the Court within seven days regarding the results of the settlement conference and to schedule any further proceedings before the Court.

SO ORDERED.

Dated:    New York, New York
            December 10, 2019

                                      John G. Koeltl
                                    United States District Judge