UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-9-2020

RACHEL WELLNER,

        Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

        Defendants.

16-cv-7032 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

As stated at the conference held today, the Court sets the following schedule for trial. Requests to charge, proposed voir dire, and motions in limine shall be filed by **April 6, 2020**. Any responses or objections shall be filed by **April 20, 2020**. A final pre-trial conference shall be scheduled for **July 15, 2020 at 4:30 P.M.**, with trial scheduled to begin on **July 20, 2020** at **9:00 A.M.**

SO ORDERED.

Dated: New York, New York
       January 9, 2020

                                John G. Koeltl
                            United States District Judge