UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACHEL WELLNER,
                      Plaintiff,

                                                                  16 civ 7032 (JGK)

            -against-

NICOLET DAVODIAN, et al.,
                      Defendants.
-----------------------------------------------------------X

## ORDER

Pretrial submissions are due **November 20, 2020**. Responses and objections are due **December 4, 2020**. Final pretrial conference will be held on **Thursday, January 7, 2021, at 4:30pm**.

The ready trial date in this matter is adjourned from November 30, 2020 to **January 11, 2021, at 9:00am**.

**SO ORDERED.**

                                                                         JOHN G. KOELTL
                                                   UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           September 16, 2020

USDS SDNY
DOCUMENT
ELECTRO...
DOC #: ___
            9/16/2020