```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

RACHEL WELLNER,

                Plaintiff,          16-cv-7032 (JGK)

     - against -                ORDER

CITY OF NEW YORK, ET AL.,

                Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    For the Court to retain jurisdiction to enforce a settlement agreement, the settlement agreement must be filed with the Court. If there are any provisions that require confidential treatment, the parties should submit a letter to the Court explaining the compelling reasons for confidentiality, and file a redacted copy on ECF and file the unredacted copy with the Court under seal.

**SO ORDERED.**

Dated:    New York, New York
           January 25, 2021          /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge